MICHAEL F. RAM (Bar No. 104805)
KARL OLSON (Bar No. 104760)
RAM & OLSON LLP
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Tel: 415-433-4949
Fax: 415-433-7311

BETH E. TERRELL (Bar No. 178181)
TERRELL MARSHALL & DAUDT PLLC
3600 Fremont Avenue North
Seattle, WA 98103
Tel: 206-816-6603
Fax: 206-350-3528

Attorneys for Plaintiff STEFANIE MLEJNECKY

CHRISTOPHER M. YOUNG (Bar No. 163319)
RYAN T. HANSEN (Bar No. 234329)
AMANDA C. FITZSIMMONS (Bar No. 258888)
DLA PIPER LLP (US)
401 B Street, Suite 1700
San Diego, CA 92101-4297
Tel: 619.699.2700
Fax: 619.699.2701

Attorneys for Defendant OLYMPUS IMAGING AMERICA INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| STEFANIE MLEJNECKY,<br><br>Plaintiff,<br><br>v.<br><br>OLYMPUS IMAGING AMERICA INC.,<br><br>Defendant. | CASE NO. 2:10-cv-02630-JAM-KJN<br><br>**JOINT STIPULATION FOR EXTENSION OF TIME TO FILE JOINT STATUS REPORT**<br><br>Courtroom: 6<br>Judge: Hon. John A. Mendez |

PDF created with pdfFactory trial version www.pdffactory.com

1  Plaintiff Stephanie Mlejnecky and Defendant Olympus Imaging America Inc. (hereafter collectively referred to as the "Parties"), by and through their respective attorneys, respectfully request the Court extend the date by which the Parties were ordered to submit a Joint Status Report to the Court by two weeks from November 29, 2010 to December 13, 2010.  The Parties believe that the additional time will allow for a more thorough report.

IT IS SO STIPULATED:

Dated:  November 22, 2010

        Respectfully submitted,

        TERRELL MARSHALL & DAUDT PLLC

        By     /S/ Beth E. Terrell
            BETH E. TERRELL
            MARC COTE
            Attorneys for Plaintiff STEFANIE
            MLEJNECKY

Dated:  November 22, 2010

        Respectfully submitted,

        DLA PIPER LLP (US)

        By     /S/ Christopher M. Young
            CHRISTOPHER M. YOUNG
            RYAN T. HANSEN
            AMANDA C. FITZSIMMONS
            Attorneys for Defendant
            OLYMPUS IMAGING AMERICA INC.

PDF created with pdfFactory trial version www.pdffactory.com

# **ORDER**

IT IS HEREBY ORDERED THAT the deadline for the Parties to submit a Joint Status Report is extended from November 29, 2010 to December 13, 2010.

Dated:  November 22, 2010

/s/ John A. Mendez
UNITED STATES DISTRICT COURT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com