Case 2:10-cv-02630-JAM-KJN   Document 57   Filed 09/06/11   Page 1 of 5

Michael F. Ram, CSB #104805
Email: mram@rocklawcal.com
Karl Olson, CSB #104760
Email: kolson@rocklawcal.com
RAM, OLSON, CEREGHINO & KOPCZYNSKI
555 Montgomery Street, Suite 820
San Francisco, California 94111
Telephone: 415-433-4949
Facsimile: 415-433-7311

[Additional Counsel Appear on Signature Page]

*Attorneys for Plaintiffs and the Proposed Class*

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| STEFANIE MLEJNECKY; GREG CLAYTOR, <br><br> Plaintiffs, <br><br> v. <br><br> OLYMPUS IMAGING AMERICA INC., <br><br> Defendant. | NO. 2:10−CV−02630−JAM−KJN <br><br> **STIPULATION AND ORDER GRANTING EXTENSION OF CLASS CERTIFICATION FILING DEADLINE** <br><br> Date: <br> Time: <br> Courtroom: 6 <br> Judge: Hon. John A. Mendez |

WHEREAS Plaintiffs filed their Complaint on September 28, 2010;

WHEREAS Plaintiffs propounded their first discovery requests to Defendant on December 7, 2010;

STIPULATION AND [PROPOSED] ORDER
GRANTING EXTENSION OF CLASS CERTIFICATION
FILING DEADLINE - 1

WEST\224433769.1

PDF created with pdfFactory trial version www.pdffactory.com

1  WHEREAS Plaintiffs propounded their second discovery requests to Defendant on June
2  30, 2011;
3  WHEREAS Olympus has filed two motions to dismiss and has not yet answered the
4  Second Amended Complaint;
5  WHEREAS the parties have engaged in a significant number of meet and confer
6  sessions regarding Plaintiffs' discovery requests and have submitted two discovery disputes to
7  the Court;
8  WHEREAS a substantial percentage of the documents and information responsive to
9  Plaintiffs' discovery requests is in the form of electronically stored information ("ESI"),
10 including email and other types of electronic documents;
11 WHEREAS the parties have been working cooperatively to identify custodians and
12 draft search terms to collect and produce Olympus' ESI;
13 WHEREAS despite the parties' cooperative efforts, no ESI has been produced to date
14 and early searches have identified over 250,000 potentially responsive documents;
15 WHEREAS the parties are currently working to refine the search terms, if possible, to
16 reduce the amount of data collected;
17 WHEREAS the parties agree that additional time is needed for Olympus to produce the
18 information Plaintiffs seek for class certification and for Plaintiffs to review that information;
19 WHEREAS the following deadlines are currently set pursuant to the Court's case
20 schedule:  September 7, 2011 — Plaintiffs file their motion for class certification; November 9,
21 2011 — Defendants file their response to Plaintiffs' motion; November 23, 2011 — Plaintiffs
22 file their reply in support of their motion.
23 WHEREAS the parties have not previously requested an extension of the briefing
24 deadlines on Plaintiffs' motion for class certification;

STIPULATION AND [PROPOSED] ORDER
GRANTING EXTENSION OF CLASS CERTIFICATION
FILING DEADLINE - 2

WEST\224433769.1

PDF created with pdfFactory trial version www.pdffactory.com

1  WHEREAS the parties are working to avoid further continuances and do not currently
2  foresee any need for additional time.
3  Therefore the parties agree and stipulate to extend the class certification briefing by a
4  period of sixty days as follows:

## I. STIPULATION

The parties agree that good cause exists to continue the briefing deadlines on Plaintiffs' motion for class certification as follows:

- November 7, 2011 — Plaintiffs file their motion for class certification;
- January 17, 2012 — Defendants file their response to Plaintiffs' motion; and
- February 7, 2012 — Plaintiffs file their reply in support of their motion.

RESPECTFULLY SUBMITTED AND DATED this 2nd day of September, 2011.

| TERRELL MARSHALL DAUDT & WILLIE PLLC | DLA PIPER LLP (US) |
|---|---|
| By: /s/ Beth E. Terrell, CSB #178181<br>Beth E. Terrell, CSB #178181<br>Email: bterrell@tmdwlaw.com<br>Marc C. Cote, *Admitted Pro Hac Vice*<br>Email: mcote@tmdwlaw.com<br>936 North 34th Street, Suite 400<br>Seattle, Washington  98103-8869<br>Telephone:  206-816-6603<br><br>Michael F. Ram, CSB #104805<br>Email: mram@rocklawcal.com<br>Karl Olson, CSB #104760<br>Email: kolson@rocklawcal.com<br>RAM, OLSON, CEREGHINO<br> & KOPCZYNSKI<br>555 Montgomery Street, Suite 820<br>San Francisco, California  94111<br>Telephone: 415-433-4949 | By: /s/ Christopher M. Young CSB #163319<br>Christopher M. Young, CSB #163319<br>christopher.young@dlapiper.com<br>Ryan T. Hansen, CSB #234329<br>ryan.hansen@dlapiper.com<br>Amanda Fitzsimmons, CSB #258888<br>amanda.fitzsimmons@dlapiper.com<br>401 B Street, Suite 1700<br>San Diego, California  92101-4297<br>Telephone:  619-699-2700<br><br>*Attorneys for Defendant Olympus Imaging America Inc.* |

STIPULATION AND [PROPOSED] ORDER
GRANTING EXTENSION OF CLASS CERTIFICATION
FILING DEADLINE - 3

WEST\224433769.1

PDF created with pdfFactory trial version www.pdffactory.com

Marc Edelson, *Admitted Pro Hac Vice*
Email: medelson@edelson-law.com
EDELSON & ASSOCIATES, LLC
45 West Court Street
Doylestown, Pennsylvania  18901
Telephone:  215-230-8043

*Attorneys for Plaintiffs and the Proposed Class*

## II.  ORDER

IT IS SO ORDERED.

Dated this 2nd day of September, 2011.

/s/ John A. Mendez
UNITED STATES DISTRICT COURT JUDGE

STIPULATION AND [PROPOSED] ORDER
GRANTING EXTENSION OF CLASS CERTIFICATION
FILING DEADLINE - 4

WEST\224433769.1

PDF created with pdfFactory trial version www.pdffactory.com

## CERTIFICATE OF SERVICE

I, Beth E. Terrell, hereby certify that on September 2, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Christopher M. Young (Bar No. 163319)
>christopher.young@dlapiper.com
>Ryan T. Hansen (Bar No. 234329)
>ryan.hansen@dlapiper.com
>Amanda C. Fitzsimmons (Bar No. 258888)
>amanda.fitzsimmons@dlapiper.com
>DLA PIPER LLP (US)
>401 B Street, Suite 1700
>San Diego, California  92101-4297
>Telephone:  619.699.2700
>Facsimile:  619.699.2701

*Attorneys for Defendant*

DATED this 2nd day of September, 2011.

>TERRELL MARSHALL DAUDT & WILLIE PLLC
>
>
>By:   /s/ Beth E. Terrell, CSB #178181
>Beth E. Terrell, CSB #178181
>Email: bterrell@tmdwlaw.com
>936 North 34th Street, Suite 400
>Seattle, Washington  98103-8869
>Telephone:  206-816-6603
>Facsimile:  206-350-3528

*Attorneys for Plaintiffs and the Proposed Class*

STIPULATION AND [PROPOSED] ORDER
GRANTING EXTENSION OF CLASS CERTIFICATION
FILING DEADLINE - 5

WEST\224433769.1

PDF created with pdfFactory trial version www.pdffactory.com