1 | Michael F. Ram, CSB #104805
  | Email: mram@rocklawcal.com
2 | Karl Olson, CSB #104760
  | Email: kolson@rocklawcal.com
3 | RAM, OLSON, CEREGHINO & KOPCZYNSKI
  | 555 Montgomery Street, Suite 820
4 | San Francisco, California 94111
  | Telephone: 415-433-4949
5 | Facsimile: 415-433-7311
6
7 | [Additional Counsel Appear on Signature Page]
  | *Attorneys for Plaintiffs and the Proposed Class*
8

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| STEFANIE MLEJNECKY; GREG CLAYTOR,<br><br>Plaintiffs,<br><br>v.<br><br>OLYMPUS IMAGING AMERICA INC.,<br><br>Defendant. | NO. 2:10−CV−02630−JAM−KJN<br><br>**STIPULATION AND ORDER GRANTING EXTENSION OF CLASS CERTIFICATION FILING DEADLINE**<br><br>Date:<br>Time:<br>Courtroom: 6<br>Judge: Hon. John A. Mendez |

WHEREAS Plaintiffs filed their Complaint on September 28, 2010;

WHEREAS Plaintiffs propounded their first discovery requests to Defendant on December 7, 2010;

WHEREAS Plaintiffs propounded their second discovery requests to Defendant on June 30, 2011;

STIPULATION AND [PROPOSED] ORDER
GRANTING EXTENSION OF CLASS CERTIFICATION
FILING DEADLINE - 1

PDF created with pdfFactory trial version www.pdffactory.com

1  WHEREAS Olympus answered the Second Amended Complaint on September 12,
2  2011;
3  WHEREAS the parties have engaged in a significant number of meet and confer
4  sessions regarding Plaintiffs' discovery requests and have submitted two discovery disputes to
5  the Court;
6  WHEREAS a substantial percentage of the documents and information responsive to
7  Plaintiffs' discovery requests is in the form of electronically stored information ("ESI"),
8  including email and other types of electronic documents;
9  WHEREAS the parties have agreed that the ESI of twelve custodians should be
10 searched using agreed upon search terms;
11 WHEREAS Defendant commenced producing ESI on October 20, 2011 and as of this
12 date has substantially completed producing ESI for three of the twelve custodians;
13 WHEREAS Defendant has produced and has agreed to continue to produce ESI on a
14 rolling basis with one to two productions per week and an expected completion date of
15 November 30, 2011;
16 WHEREAS the volume of ESI is considerable; for example, for the first three
17 custodians Olympus produced 5,458 documents comprised of 267,751 pages;
18 WHEREAS the parties agree that additional time is needed for Olympus to complete its
19 production and for Plaintiffs to review that information in order to prepare for depositions and
20 brief class certification;
21 WHEREAS the parties anticipate that Plaintiffs will take targeted 30(b)(6) depositions
22 during the week of December 12, 2011;
23 WHEREAS the parties are actively engaged in discussions to reduce the number of
24 depositions that need to be taken;
25 WHEREAS the following deadlines are currently set pursuant to the Court's case
26 schedule:  November 7, 2011 — Plaintiffs file their motion for class certification; January 17,
27

STIPULATION AND [PROPOSED] ORDER
GRANTING EXTENSION OF CLASS CERTIFICATION
FILING DEADLINE - 2

PDF created with pdfFactory trial version www.pdffactory.com

2012 — Defendants file their response to Plaintiffs' motion; February 7, 2012 — Plaintiffs file their reply in support of their motion.

WHEREAS the parties are working to avoid further continuances and do not currently foresee any need for additional time.

Therefore the parties agree and stipulate to extend the class certification briefing by a period of sixty days as follows:

## I. STIPULATION

The parties agree that good cause exists to continue the briefing deadlines on Plaintiffs' motion for class certification as follows:

- January 17, 2012 — Plaintiffs file their motion for class certification;
- March 19, 2012 — Defendants file their response to Plaintiffs' motion; and
- April 9, 2012 — Plaintiffs file their reply in support of their motion.

RESPECTFULLY SUBMITTED AND DATED this 3rd day of November, 2011.

| TERRELL MARSHALL DAUDT & WILLIE PLLC | DLA PIPER LLP (US) |
|---|---|
| By: /s/ Beth E. Terrell, CSB #178181<br>Beth E. Terrell, CSB #178181<br>Email: bterrell@tmdwlaw.com<br>Marc C. Cote, *Admitted Pro Hac Vice*<br>Email: mcote@tmdwlaw.com<br>936 North 34th Street, Suite 400<br>Seattle, Washington 98103-8869<br>Telephone: 206-816-6603<br><br>Michael F. Ram, CSB #104805<br>Email: mram@rocklawcal.com<br>Karl Olson, CSB #104760<br>Email: kolson@rocklawcal.com<br>RAM, OLSON, CEREGHINO & KOPCZYNSKI<br>555 Montgomery Street, Suite 820<br>San Francisco, California 94111<br>Telephone: 415-433-4949 | By: /s/ Christopher M. Young CSB #163319<br>Christopher M. Young, CSB #163319<br>christopher.young@dlapiper.com<br>Ryan T. Hansen, CSB #234329<br>ryan.hansen@dlapiper.com<br>Amanda Fitzsimmons, CSB #258888<br>amanda.fitzsimmons@dlapiper.com<br>401 B Street, Suite 1700<br>San Diego, California 92101-4297<br>Telephone: 619-699-2700<br><br>*Attorneys for Defendant Olympus Imaging America Inc.* |

STIPULATION AND [PROPOSED] ORDER
GRANTING EXTENSION OF CLASS CERTIFICATION
FILING DEADLINE - 3

PDF created with pdfFactory trial version www.pdffactory.com

Marc Edelson, *Admitted Pro Hac Vice*
Email: medelson@edelson-law.com
EDELSON & ASSOCIATES, LLC
45 West Court Street
Doylestown, Pennsylvania  18901
Telephone:  215-230-8043

*Attorneys for Plaintiffs and the Proposed Class*

## II.  ORDER

IT IS SO ORDERED.

Dated this 3rd day of November, 2011.

                                        /s/ John A. Mendez
                                        UNITED STATES DISTRICT COURT JUDGE

STIPULATION AND [PROPOSED] ORDER
GRANTING EXTENSION OF CLASS CERTIFICATION
FILING DEADLINE - 4

PDF created with pdfFactory trial version www.pdffactory.com

# CERTIFICATE OF SERVICE

I, Beth E. Terrell, hereby certify that on November 3, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

> Christopher M. Young (Bar No. 163319)
> christopher.young@dlapiper.com
> Ryan T. Hansen (Bar No. 234329)
> ryan.hansen@dlapiper.com
> Amanda C. Fitzsimmons (Bar No. 258888)
> amanda.fitzsimmons@dlapiper.com
> DLA PIPER LLP (US)
> 401 B Street, Suite 1700
> San Diego, California  92101-4297
> Telephone:  619.699.2700
> Facsimile:  619.699.2701

*Attorneys for Defendant*

DATED this 3rd day of November, 2011.

TERRELL MARSHALL DAUDT & WILLIE PLLC

By:   /s/ Beth E. Terrell, CSB #178181
Beth E. Terrell, CSB #178181
Email: bterrell@tmdwlaw.com
936 North 34th Street, Suite 400
Seattle, Washington  98103-8869
Telephone:  206-816-6603
Facsimile:  206-350-3528

*Attorneys for Plaintiffs and the Proposed Class*

STIPULATION AND [PROPOSED] ORDER
GRANTING EXTENSION OF CLASS CERTIFICATION
FILING DEADLINE - 5

PDF created with pdfFactory trial version www.pdffactory.com