Michael F. Ram, CSB #104805
Email: mram@rocklawcal.com
Karl Olson, CSB #104760
Email: kolson@rocklawcal.com
RAM, OLSON, CEREGHINO & KOPCZYNSKI
555 Montgomery Street, Suite 820
San Francisco, California  94111
Telephone: 415-433-4949
Facsimile: 415-433-7311

[Additional Counsel Appear on Signature Page]

*Attorneys for Plaintiffs and the Proposed Class*

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| STEFANIE MLEJNECKY; GREG CLAYTOR,<br><br>Plaintiffs,<br><br>v.<br><br>OLYMPUS IMAGING AMERICA INC.,<br><br>Defendant. | NO.  2:10−CV−02630−JAM−KJN<br><br>**ORDER GRANTING REQUEST TO SEAL DOCUMENTS**<br><br>Date:        To Be Determined<br>Time:       To Be Determined<br>Courtroom: 6<br>Judge:       Hon. John A. Mendez |

The Court, having considered Plaintiffs' Request to Seal Documents, the documents themselves, Olympus' Response, if any, and Plaintiffs' Reply, if any, hereby GRANTS Plaintiffs' Request to Seal Documents.  The following nine documents shall be filed under seal: Exhibits 4, 19, 26, 30, 31, 32, 36 to the Declaration of Beth E. Terrell in Support of Plaintiffs' Motion for Class Certification; Exhibit 2 to the Declaration of Beth E. Terrell in Support of Plaintiffs' Motion for Leave to Amend their Second Amended Complaint, which consists of excerpts from a deposition transcript obtained within the last thirty days; and an unredacted

ORDER GRANTING REQUEST TO SEAL
DOCUMENTS - 1
CASE NO.  2:10−CV−02630−JAM−KJN

PDF created with pdfFactory trial version www.pdffactory.com

1 | version of Plaintiffs' Memorandum of Points and Authorities in Support of Plaintiffs' Motion
2 | for Class Certification.
3 |     IT IS SO ORDERED.
4 |
5 | Dated:  1/18/2012                    /s/ John A. Mendez
  |                                      John A. Mendez
6 |                                      United States District Court Judge
7 | Presented by:
8 | TERRELL MARSHALL DAUDT & WILLIE PLLC
9 | By:   /s/ Beth E. Terrell, CSB #178181
  |     Beth E. Terrell, CSB #178181
10|     Email: bterrell@tmdwlaw.com
  |     Marc C. Cote, *Admitted Pro Hac Vice*
11|     Email:  mcote@tmdwlaw.com
12|     936 North 34th Street, Suite 400
  |     Seattle, Washington  98103-8869
13|     Telephone:  206-816-6603
  |     Facsimile:  206-350-3528
14|
15| RAM, OLSON, CEREGHINO & KOPCZYNSKI
16|     Michael F. Ram, CSB #104805
  |     Email:  mram@rocklawcal.com
17|     Karl Olson, CSB #104760
  |     Email:  kolson@rocklawcal.com
18|     555 Montgomery Street, Suite 820
  |     San Francisco, California  94111
19|     Telephone:  415-433-4949
20|     Facsimile:  415-433-7311
21| EDELSON & ASSOCIATES, LLC
22|
  |     Marc Edelson, *Admitted Pro Hac Vice*
23|     Email:  medelson@edelson-law.com
  |     45 West Court Street
24|     Doylestown, Pennsylvania  18901
  |     Telephone:  (215) 230-8043
25|
  | *Attorneys for Plaintiffs and the Proposed Class*
26|
27|

ORDER GRANTING REQUEST TO SEAL
DOCUMENTS - 2
CASE NO.  2:10−CV−02630−JAM−KJN

PDF created with pdfFactory trial version www.pdffactory.com

## CERTIFICATE OF SERVICE

I, Beth E. Terrell, hereby certify that on January 19, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

> Christopher M. Young (Bar No. 163319)
> christopher.young@dlapiper.com
> Ryan T. Hansen (Bar No. 234329)
> ryan.hansen@dlapiper.com
> Amanda C. Fitzsimmons (Bar No. 258888)
> amanda.fitzsimmons@dlapiper.com
> DLA PIPER LLP (US)
> 401 B Street, Suite 1700
> San Diego, California  92101-4297
> Telephone:  619.699.2700
> Facsimile:  619.699.2701

*Attorneys for Defendant*

DATED this 19th day of January, 2012.

TERRELL MARSHALL DAUDT & WILLIE PLLC

By:   /s/ Beth E. Terrell, CSB #178181
Beth E. Terrell, CSB #178181
Email: bterrell@tmdwlaw.com
936 North 34th Street, Suite 400
Seattle, Washington  98103-8869
Telephone:  206-816-6603
Facsimile:  206-350-3528

*Attorneys for Plaintiffs and the Proposed Class*

PDF created with pdfFactory trial version www.pdffactory.com