1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| STEFANIE MLEJNECKY; GREG CLAYTOR,<br><br>Plaintiffs,<br><br>v.<br><br>OLYMPUS IMAGING AMERICA INC.,<br><br>Defendant. | CASE NO. 2:10-cv-02630-JAM-KJN<br><br>**ORDER GRANTING REQUEST TO SEAL DOCUMENTS** |
|---|---|

Having considered Defendant Olympus Imaging America Inc.'s ("Olympus") Request to Seal Documents, and good cause appearing therefore, the Court hereby **GRANTS** Olympus's Request to Seal Documents. The following documents shall be filed under seal: (1) Exhibit H to the Declaration of Ryan T. Hansen; (2) Exhibit A to the Declaration of Jennifer Schmell; (3) Exhibits B, C, D, and E to the Declaration of Albert Diaz; and (4) unredacted versions of the Memorandum of Points and Authorities and the Declarations of Dr. Duane Steffey, Dr. John McNulty, Jennifer Schmell, Albert Diaz, and Ryan T. Hansen submitted in support of Olympus's Opposition to Plaintiffs' Motion for Class Certification.

IT IS SO ORDERED.

Dated: March 22, 2012          /s/ John A. Mendez
                               Hon. John A. Mendez
                               United States District Court Judge

PDF created with pdfFactory trial version www.pdffactory.com