Michael F. Ram, CSB #104805
Email: mram@rocklawcal.com
Jeffrey Cereghino, CSB #99480
Email: jbc@rocklawcal.com
RAM, OLSON, CEREGHINO & KOPCZYNSKI
555 Montgomery Street, Suite 820
San Francisco, California  94111
Telephone:  (415) 433-4949
Facsimile:  (415) 433-7311

[Additional Counsel Appear on Signature Page]

*Attorneys for Plaintiffs and the Proposed Class*

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| STEFANIE MLEJNECKY; GREG CLAYTOR,<br><br>Plaintiffs,<br><br>v.<br><br>OLYMPUS IMAGING AMERICA INC.,<br><br>Defendant. | NO.  2:10−CV−02630−JAM−KJN<br><br>**ORDER GRANTING REQUEST TO SEAL DOCUMENTS**<br><br>Judge:      Hon. John A. Mendez<br>Courtroom:  6 |

The Court, having considered Plaintiffs' Request to Seal Documents, the documents themselves, Olympus' Response, if any, and Plaintiffs' Reply, if any, hereby GRANTS Plaintiffs' Request to Seal Documents.  The following 10 documents shall be filed under seal: (1) an unredacted version of Plaintiffs' Reply in Support of Motion for Class Certification; (2) an unredacted version of the Declaration of Anand David Kasbekar in Support of Plaintiffs' Motion for Class Certification; (3) an unredacted version of the Supplemental Declaration of Beth E. Terrell in Support of Plaintiffs' Motion for Class Certification; (4) Exhibits 2, 3, 4, 5 and 6 attached to the Declaration of Anand David Kasbekar in Support of Plaintiffs' Motion for

ORDER GRANTING REQUEST TO SEAL
DOCUMENTS - 1
CASE NO.  2:10−CV−02630−JAM−KJN

PDF created with pdfFactory trial version www.pdffactory.com

1  Class Certification; and (5) Exhibits 3 and 5 attached to the Supplemental Declaration of Beth

2  E. Terrell in Support of Plaintiffs' Motion for Class Certification.

3      IT IS SO ORDERED.

4

5  Dated: April 11, 2012        /s/ John A. Mendez_____
                                      John A. Mendez

6                                        United States District Court Judge

7  Presented by:

8  TERRELL MARSHALL DAUDT & WILLIE PLLC

9

10  By:   /s/ Beth E. Terrell, CSB #178181
      Beth E. Terrell, CSB #178181

11        Email: bterrell@tmdwlaw.com
      Marc C. Cote, *Admitted Pro Hac Vice*

12        Email: mcote@tmdwlaw.com

13        936 North 34th Street, Suite 400
      Seattle, Washington 98103-8869

14        Telephone: (206) 816-6603
      Facsimile: (206) 350-3528

15

16  RAM, OLSON, CEREGHINO & KOPCZYNSKI

17        Michael F. Ram, CSB #104805
      Email: mram@rocklawcal.com

18        Jeffrey Cereghino, CSB #99480
      Email: jbc@rocklawcal.com

19        555 Montgomery Street, Suite 820

20        San Francisco, California 94111
      Telephone: (415) 433-4949

21        Facsimile: (415) 433-7311

22

23

24

25

26

27

ORDER GRANTING REQUEST TO SEAL
DOCUMENTS - 2
CASE NO. 2:10−CV−02630−JAM−KJN

PDF created with pdfFactory trial version www.pdffactory.com

1  EDELSON & ASSOCIATES, LLC
2
3     Marc Edelson, *Admitted Pro Hac Vice*
   Email:  medelson@edelson-law.com
4     45 West Court Street
   Doylestown, Pennsylvania  18901
5     Telephone:  (215) 230-8043

6  *Attorneys for Plaintiffs and the Proposed Class*

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

ORDER GRANTING REQUEST TO SEAL
DOCUMENTS - 3
CASE NO.  2:10−CV−02630−JAM−KJN

PDF created with pdfFactory trial version www.pdffactory.com

CERTIFICATE OF SERVICE

I, Beth E. Terrell, hereby certify that on April 11, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Christopher M. Young (Bar No. 163319)
>christopher.young@dlapiper.com
>Ryan T. Hansen (Bar No. 234329)
>ryan.hansen@dlapiper.com
>Amanda C. Fitzsimmons (Bar No. 258888)
>amanda.fitzsimmons@dlapiper.com
>DLA PIPER LLP (US)
>401 B Street, Suite 1700
>San Diego, California  92101-4297
>Telephone:  (619) 699-2700
>Facsimile:  (619) 699-2701

*Attorneys for Defendant*

DATED this 11th day of April, 2012.

TERRELL MARSHALL DAUDT & WILLIE PLLC

By:   /s/ Beth E. Terrell, CSB #178181
Beth E. Terrell, CSB #178181
Email: bterrell@tmdwlaw.com
936 North 34th Street, Suite 400
Seattle, Washington  98103-8869
Telephone:  (206) 816-6603
Facsimile:  (206) 350-3528

*Attorneys for Plaintiffs and the Proposed Class*

ORDER GRANTING REQUEST TO SEAL
DOCUMENTS - 4
CASE NO.  2:10−CV−02630−JAM−KJN

PDF created with pdfFactory trial version www.pdffactory.com