```
1    Michael F. Ram, CSB #104805
     Email:  mram@rocklawcal.com
2    Jeffrey Cereghino, CSB #99480
     Email:  jbc@rocklawcal.com
3    RAM, OLSON, CEREGHINO & KOPCZYNSKI
     555 Montgomery Street, Suite 820
4    San Francisco, California  94111
     Telephone:  (415) 433-4949
5    Facsimile:  (415) 433-7311
6
     [Additional Counsel Appear on Signature Page]
7
     *Attorneys for Plaintiffs and the Proposed Class*
8
9                 UNITED STATES DISTRICT COURT
                FOR THE EASTERN DISTRICT OF CALIFORNIA
10                      SACRAMENTO DIVISION
```

| | |
|---|---|
| STEFANIE MLEJNECKY; GREG CLAYTOR, | |
| Plaintiffs, | NO. 2:10−CV−02630−JAM−KJN |
| v. | **STIPULATION OF VOLUNTARY DISMISSAL OF PLAINTIFF STEFANIE MLEJNECKY'S INDIVIDUAL CLAIMS WITHOUT PREJUDICE AND WITHOUT AWARD OF COSTS AND ATTORNEY FEES PURSUANT TO RULE 41(a)(1)(A)(ii) AND WITHDRAWAL OF PLAINTIFF STEFANIE MLEJNECKY AS NAMED PLAINTIFF** |
| OLYMPUS IMAGING AMERICA INC., | |
| Defendant. | |
| | **(Clerk's Action Required)** |
| | Date:        N/A |
| | Time:        N/A |
| | Courtroom:   6 |
| | Judge:       Hon. John A. Mendez |

STIPULATION AND [PROPOSED] ORDER OF
VOLUNTARY DISMISSAL OF PLAINTIFF
MLEJNECKY'S INDIVIUDAL CLAIMS AND
WITHDRAWAL AS NAMED PLAINTIFF - 1
Case No. 2:10−CV−02630−JAM−KJN

PDF created with pdfFactory trial version www.pdffactory.com

1 WHEREAS Plaintiffs filed their Complaint on September 28, 2010;

2 WHEREAS Plaintiffs filed their Second Amended Complaint on May 6, 2011;

3 WHEREAS Olympus answered the Second Amended Complaint on September 12, 2011;

4 WHEREAS Plaintiff Stefanie Mlejnecky seeks voluntary dismissal without prejudice of her individual claims pursuant to Rule 41(a)(1)(A)(ii) and seeks to withdraw as a Named Plaintiff and proposed Class Representative;

5 WHEREAS Plaintiff Greg Claytor will remain as a Named Plaintiff and proposed Class Representative and will continue to prosecute this action;

6 WHEREAS Plaintiffs have filed a Motion to Amend their Second Amended Complaint, which seeks, in part, to add Jennifer Dodge as a Named Plaintiff and Class Representative;

7 WHEREAS this Court has not yet decided Plaintiffs' Motion for Class Certification and thus the proposed class has not yet been certified;

8 WHEREAS Plaintiff Greg Claytor, Plaintiff Stefanie Mlejnecky and Proposed Plaintiff Jennifer Dodge have all appeared for depositions by Defendant Olympus Imaging America Inc.;

9 WHEREAS Plaintiff Stefanie Mlejnecky has not previously dismissed an action in any court based on or including the same claims against Defendant Olympus Imaging America, Inc.;

Therefore the parties agree and stipulate as follows:

**I. STIPULATION**

The parties agree and stipulate pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) that Plaintiff Stefanie Mlejnecky may withdraw as Class Representative and voluntarily dismiss her individual claims without prejudice and without award of costs or attorney fees. This stipulated dismissal of Plaintiff Stefanie Mlejnecky's individual claims without prejudice and without

STIPULATION AND [PROPOSED] ORDER OF
VOLUNTARY DISMISSAL OF PLAINTIFF
MLEJNECKY'S INDIVIUDAL CLAIMS AND
WITHDRAWAL AS NAMED PLAINTIFF - 2
Case No. 2:10−CV−02630−JAM−KJN

PDF created with pdfFactory trial version www.pdffactory.com

award of costs or attorney fees is automatically effective upon the date of filing referenced below.  This stipulation does not effect dismissal of any other claims in this case, including but not limited to Plaintiff Greg Claytor's individual claims, proposed Plaintiff Jennifer Dodge's individual claims, and the proposed class claims.

   RESPECTFULLY SUBMITTED AND DATED this 11th day of April, 2012.

| | |
|---|---|
| TERRELL MARSHALL DAUDT<br>  & WILLIE PLLC | DLA PIPER LLP (US) |
| By:  /s/ Beth E. Terrell, CSB #178181<br>      Beth E. Terrell, CSB #178181<br>      Email: bterrell@tmdwlaw.com<br>      Marc C. Cote, *Admitted Pro Hac Vice*<br>      Email:  mcote@tmdwlaw.com<br>      936 North 34th Street, Suite 400<br>      Seattle, Washington  98103-8869<br>      Telephone:  (206) 816-6603<br><br>      Michael F. Ram, CSB #104805<br>      Email:  mram@rocklawcal.com<br>      Jeffrey Cereghino, CSB #99480<br>      Email:  jbc@rocklawcal.com<br>      RAM, OLSON, CEREGHINO<br>        & KOPCZYNSKI<br>      555 Montgomery Street, Suite 820<br>      San Francisco, California  94111<br>      Telephone:  (415) 433-4949<br><br>      Marc Edelson, *Admitted Pro Hac Vice*<br>      Email:  medelson@edelson-law.com<br>      EDELSON & ASSOCIATES, LLC<br>      45 West Court Street<br>      Doylestown, Pennsylvania  18901<br>      Telephone:  (215) 230-8043<br><br>*Attorneys for Plaintiffs and the Proposed Class* | By:  /s/ Christopher M. Young CSB #163319<br>      Christopher M. Young, CSB #163319<br>      christopher.young@dlapiper.com<br>      Ryan T. Hansen, CSB #234329<br>      ryan.hansen@dlapiper.com<br>      Amanda Fitzsimmons, CSB #258888<br>      amanda.fitzsimmons@dlapiper.com<br>      401 B Street, Suite 1700<br>      San Diego, California  92101-4297<br>      Telephone:  (619) 699-2700<br><br>*Attorneys for Defendant Olympus Imaging America Inc.* |

STIPULATION AND [PROPOSED] ORDER OF
VOLUNTARY DISMISSAL OF PLAINTIFF
MLEJNECKY'S INDIVIUDAL CLAIMS AND
WITHDRAWAL AS NAMED PLAINTIFF - 3
Case No. 2:10−CV−02630−JAM−KJN

PDF created with pdfFactory trial version www.pdffactory.com

## II. ORDER

IT IS SO ORDERED.

Dated this 11th day of April, 2012.

/s/ John A. Mendez
UNITED STATES DISTRICT COURT JUDGE

Presented by:
TERRELL MARSHALL DAUDT & WILLIE PLLC

By:  /s/ Beth E. Terrell, CSB #178181
    Beth E. Terrell, CSB #178181
    Email:  bterrell@tmdwlaw.com
    Marc C. Cote, *Admitted Pro Hac Vice*
    Email:  mcote@tmdwlaw.com
    936 North 34th Street, Suite 400
    Seattle, Washington  98103-8869
    Telephone:  (206) 816-6603

    Michael F. Ram, CSB #104805
    Email:  mram@rocklawcal.com
    Jeffrey Cereghino, CSB #99480
    Email:  jbc@rocklawcal.com
    RAM, OLSON, CEREGHINO
       & KOPCZYNSKI
    555 Montgomery Street, Suite 820
    San Francisco, California  94111
    Telephone:  (415) 433-4949

    Marc Edelson, *Admitted Pro Hac Vice*
    Email:  medelson@edelson-law.com
    EDELSON & ASSOCIATES, LLC
    45 West Court Street
    Doylestown, Pennsylvania  18901
    Telephone:  (215) 230-8043

*Attorneys for Plaintiffs and the Proposed Class*

STIPULATION AND [PROPOSED] ORDER OF
VOLUNTARY DISMISSAL OF PLAINTIFF
MLEJNECKY'S INDIVIUDAL CLAIMS AND
WITHDRAWAL AS NAMED PLAINTIFF - 4
Case No. 2:10−CV−02630−JAM−KJN

PDF created with pdfFactory trial version www.pdffactory.com

DLA PIPER LLP (US)

By: /s/ Christopher M. Young CSB #163319
    Christopher M. Young, CSB #163319
    christopher.young@dlapiper.com
    Ryan T. Hansen, CSB #234329
    ryan.hansen@dlapiper.com
    Amanda Fitzsimmons, CSB #258888
    amanda.fitzsimmons@dlapiper.com
    401 B Street, Suite 1700
    San Diego, California  92101-4297
    Telephone:  (619) 699-2700

*Attorneys for Defendant Olympus Imaging America Inc.*

STIPULATION AND [PROPOSED] ORDER OF
VOLUNTARY DISMISSAL OF PLAINTIFF
MLEJNECKY'S INDIVIUDAL CLAIMS AND
WITHDRAWAL AS NAMED PLAINTIFF - 5
Case No. 2:10−CV−02630−JAM−KJN

PDF created with pdfFactory trial version www.pdffactory.com

CERTIFICATE OF SERVICE

I, Beth E. Terrell, hereby certify that on April 11, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Christopher M. Young (Bar No. 163319)
>christopher.young@dlapiper.com
>Ryan T. Hansen (Bar No. 234329)
>ryan.hansen@dlapiper.com
>Amanda C. Fitzsimmons (Bar No. 258888)
>amanda.fitzsimmons@dlapiper.com
>DLA PIPER LLP (US)
>401 B Street, Suite 1700
>San Diego, California  92101-4297
>Telephone:  (619) 699-2700
>Facsimile:  (619) 699-2701

*Attorneys for Defendant*

DATED this 11th day of April, 2012.

>TERRELL MARSHALL DAUDT & WILLIE PLLC
>
>
>By:   /s/ Beth E. Terrell, CSB #178181
>Beth E. Terrell, CSB #178181
>Email: bterrell@tmdwlaw.com
>936 North 34th Street, Suite 400
>Seattle, Washington  98103-8869
>Telephone:  (206) 816-6603
>Facsimile:  (206) 350-3528
>
>*Attorneys for Plaintiffs and the Proposed Class*

STIPULATION AND [PROPOSED] ORDER OF
VOLUNTARY DISMISSAL OF PLAINTIFF
MLEJNECKY'S INDIVIUDAL CLAIMS AND
WITHDRAWAL AS NAMED PLAINTIFF - 6
Case No. 2:10−CV−02630−JAM−KJN

PDF created with pdfFactory trial version www.pdffactory.com