1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| STEFANIE MLEJNECKY; GREG CLAYTOR, | CASE NO. 2:10-cv-02630-JAM-KJN |
|---|---|
| Plaintiffs, | **ORDER GRANTING REQUEST TO SEAL DOCUMENTS** |
| v. | |
| OLYMPUS IMAGING AMERICA INC., | |
| Defendant. | |

1  Having considered Defendant Olympus Imaging America Inc.'s ("Olympus") Request to
2  Seal Documents, and good cause appearing therefore, the Court hereby **GRANTS** Olympus's
3  Request to Seal Amended Declaration of Albert Diaz.  The Amended Declaration of Albert Diaz
4  submitted in support of Olympus's Opposition to Plaintiffs' Motion for Class Certification and
5  Exhibits B, C, D, and E attached thereto shall be filed under seal.
6  IT IS SO ORDERED.
7  Dated:  4/16/2012                              /s/ John A. Mendez_____
                                                  Hon. John A. Mendez
8                                                 United States District Court Judge