

936 N. 34th St, Ste 400
Seattle, WA 98103
T: 206.816.6603
F: 206.350.3528
www.tmdwlaw.com

Beth E. Terrell
bterrell@tmdwlaw.com

File No: O-1154-001.C

April 20, 2012

*Via* CM-ECF

Honorable John A. Mendez
United States District Judge
UNITED STATES DISTRICT COURT FOR THE
  EASTERN DISTRICT OF CALIFORNIA
501 I Street, Suite 4-200
Sacramento, California  95814

Re:   *Mlejnecky v. Olympus Imaging America, Inc.*
      U.S.D.C. Eastern District of California Case No. 2:10-cv-02630-JAM-KJN

Your Honor:

During the course of the April 18, 2012 hearing on Plaintiffs' Motion for Class Certification in the above-referenced case, we said there are cases stating a party must produce English translations of foreign language documents in its possession when such documents are sought in discovery.  The following is a sample list of cases supporting this proposition:

1) *Nature's Plus Nordic A/S v. Natural Organics, Inc.*, 274 F.R.D. 437, 440 (E.D.N.Y. 2011);

2) *Hajek v. Kumho Tire Co.*, No. 08–CV–3157, 2010 WL 503044, at *11 (D.Neb. Feb. 8, 2010);

3) *ICE Corp. v. Hamilton Sundstrand Corp.*, No. 05–4135, 2007 WL 4239454, at *4 (D.Kan. Nov. 30, 2007); and

4) *Contreras v. Isuzu Motors, Ltd*, No. Civ. 98–442, 1999 WL 33290667, at *3 (W.D.Tex. Apr. 2, 1999).

Honorable John A. Mendez
United States District Judge
April 20, 2012
Page 2

Thank you for your consideration of Plaintiffs' position.

           Respectfully submitted,

TERRELL MARSHALL DAUDT & WILLIE PLLC

*Beth Terrell*

           Beth E. Terrell

cc: Christopher M. Young (via CM-ECF)
    Ryan T. Hansen (via CM-ECF)
    Amanda C. Fitzsimmons (via CM-ECF)
    Michael F. Ram (via CM-ECF)