1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| STEFANIE MLEJNECKY; GREG CLAYTOR,<br><br>Plaintiffs,<br><br>v.<br><br>OLYMPUS IMAGING AMERICA INC.,<br><br>Defendant. | CASE NO. 2:10-cv-02630-JAM-KJN<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT OLYMPUS IMAGING AMERICA INC.'S MOTION FOR REDACTION OF ELECTRONIC TRANSCRIPT OF APRIL 18, 2012 HEARING** |
|---|---|

1  Having considered Defendant Olympus Imaging America Inc.'s ("Olympus") Motion for
2  Redaction of Electronic Transcript of April 18, 2012 Hearing, and good cause appearing
3  therefore, the Court hereby **GRANTS** the Motion.  The Court Reporter shall redact the items
4  identified in Exhibit A to Olympus's Motion for Redaction of Electronic Transcript of April 18,
5  2012 Hearing prior to making the transcript remotely electronically available.
6  IT IS SO ORDERED.

7  Dated: May 18, 2012                      /s/ John A. Mendez
                                            Hon. John A. Mendez
8                                           United States District Court Judge