1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| STEFANIE MLEJNECKY; GREG CLAYTOR, | CASE NO. 2:10-cv-02630-JAM-KJN |
|---|---|
| Plaintiffs, | **ORDER GRANTING DEFENDANT OLYMPUS IMAGING AMERICA INC.'S REQUEST TO CORRECT THE REDACTED VERSION OF THE MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF OLYMPUS IMAGING AMERICA INC.'S OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |
| v. | |
| OLYMPUS IMAGING AMERICA INC., | |
| Defendant. | |

PDF created with pdfFactory trial version www.pdffactory.com

1  Having considered Defendant Olympus Imaging America Inc.'s ("Olympus") Request to Correct the Redacted Version of the Memorandum of Points and Authorities Submitted in Support of Olympus's Opposition to Plaintiffs' Motion for Class Certification ("the Request"), and good cause appearing therefore, the Court hereby **GRANTS** the Request.

The Clerk of Court is hereby ordered to:

_____ Place the redacted version of the Memorandum of Points and Authorities in Support of Olympus' Opposition to Plaintiffs' Motion for Class Certification that is currently available on the Court's docket (Doc. No. 69) under seal in its entirety.

   X    Replace the redacted version of the Memorandum of Points and Authorities in Support of Olympus' Opposition to Plaintiffs' Motion for Class Certification that is currently available on the Court's docket (Doc. No. 69) with the correct version attached to the Request as Exhibit A.

IT IS SO ORDERED.

Dated:  May 22, 2012                    /s/ John A. Mendez
                                        Hon. John A. Mendez
                                        United States District Court Judge

-1-

PDF created with pdfFactory trial version www.pdffactory.com