CHRISTOPHER M. YOUNG (Bar No. 163319)
RYAN T. HANSEN (Bar No. 234329)
AMANDA C. FITZSIMMONS (Bar No. 258888)
DLA PIPER LLP (US)
401 B Street, Suite 1700
San Diego, CA  92101-4297
Tel:  619.699.2700
Fax:  619.699.2701
christopher.young@dlapiper.com
ryan.hansen@dlapiper.com
amanda.fitzsimmons@dlapiper.com

Attorneys for Defendant
OLYMPUS IMAGING AMERICA INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| GREG CLAYTOR; JENNIFER DODGE,<br><br>Plaintiffs,<br><br>v.<br><br>OLYMPUS IMAGING AMERICA INC.; OLYMPUS CORPORATION,<br><br>Defendant. | CASE NO. 2:10-cv-02630-JAM-KJN<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE SETTLEMENT/DISMISSAL DOCUMENTS**<br><br>Judge:      Hon. John A. Mendez<br>Courtroom: 6 |

PDF created with pdfFactory trial version www.pdffactory.com

On May 14, 2012, the parties advised the Court that they had reached a settlement of this action. (Doc. No. 101.) Later that day, the Court vacated all hearing dates pending in the matter and ordered that Counsel file settlement/dismissal documents, in accordance with the provisions of Local Rule 160, no later than June 29, 2012. (Doc. No. 102.) Although the parties have reached agreement on the language of the settlement agreement, an additional two weeks is needed to execute the settlement agreement. A brief two-week extension of the deadline to submit the settlement/dismissal documents would also preserve the Court's jurisdiction over Olympus Imaging America Inc.'s recent request that the Court issue an order sealing certain exhibits attached to the Declaration of Beth E. Terrell submitted in support of Plaintiffs' Motion for Class Certification and replacing the redacted version of the Memorandum of Points and Authorities in support of Plaintiffs' motion for class certification. (Doc. No. 108.) For these reasons, therefore, the Parties stipulate to, and request that the Court enter an order, extending the deadline to file the settlement/dismissal documents two weeks, or until July 13, 2012.

Dated: June 26, 2012                   DLA PIPER LLP (US)

By    /s/ Christopher M. Young
    CHRISTOPHER M. YOUNG
    RYAN T. HANSEN
    AMANDA C. FITZSIMMONS

*Attorneys for Defendant*
Olympus Imaging America Inc.

Dated: June 26, 2012                   By    /s/ Beth E. Terrell (as authorized on 6/26/2012)
    BETH E. TERRELL
    MARC C. COTE
    TERRELL MARSHALL DAUDT &
      WILLIE PLLC

    MICHAEL F. RAM
    JEFFREY CEREGHINO
    RAM, OLSON, CEREGHINO, &
      KOPCZYNSKI

*Attorneys for Plaintiffs*

**IT IS SO ORDERED.**

DATE: 6/26/2012                   /s/ John A. Mendez
    Hon. John A. Mendez
    United States District Court Judge

-1-

DLA Piper LLP (US)
San Diego

WEST\234048257.1      STIPULATION & PROPOSED ORDER TO EXTEND DEADLINE TO FILE
SETTLEMENT/DISMISSAL DOCUMENTS (2:10-CV-02630-JAM-KJN)

PDF created with pdfFactory trial version www.pdffactory.com