1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| GREG CLAYTOR; JENNIFER DODGE, | CASE NO. 2:10-cv-02630-JAM-KJN |
|---|---|
| Plaintiffs, | **ORDER GRANTING DEFENDANT OLYMPUS IMAGING AMERICA INC.'S REQUEST TO PLACE DOCUMENTS UNDER SEAL AND REPLACE THE REDACTED VERSION OF THE MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |
| v. | |
| OLYMPUS IMAGING AMERICA INC.; OLYMPUS CORPORATION, | |
| Defendant. | |

PDF created with pdfFactory trial version www.pdffactory.com

Having considered Defendant Olympus Imaging America Inc.'s ("Olympus") Request to Place Documents Under Seal and Replace the Redacted Version of the Memorandum of Points and Authorities Submitted in Support of Plaintiffs' Motion for Class Certification ("the Request"), and good cause appearing therefore, the Court hereby **GRANTS** the Request.

The Clerk of Court is hereby ordered to:

(1)   Place Exhibit 24 (Doc. No. 63-12), Exhibit 25 (Doc. No. 63-13), Exhibit 27 (Doc. No. 63-13), and Exhibit 33 (Doc. No. 63-14) to the Declaration of Beth E. Terrell submitted in support of Plaintiffs' Motion for Class Certification under seal; and

(2)   Replace the redacted version of the Memorandum of Points and Authorities in Support of Plaintiffs' Motion for Class Certification that is currently available on the Court's docket (Doc. No. 63-1) with the correct version attached to the Request as Exhibit A.

IT IS SO ORDERED.

Dated: June 26, 2012             /s/ John A. Mendez
                                 Hon. John A. Mendez
                                 United States District Court Judge

PDF created with pdfFactory trial version www.pdffactory.com